UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, <br><br> *Plaintiff,* <br><br> v. <br><br> OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT AND UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> *Defendants*. | Civil Action No. 19-0865 (CJN) |

**MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendants, by and through undersigned counsel, move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to answer or otherwise respond to Plaintiff's Complaint, filed in this Freedom of Information Act ("FOIA") case. There is good cause for the requested extension.

On March 27, 2019, Plaintiff filed a 109-paragraph Complaint against Defendants, seeking to compel Defendants to produce the records it sought in its FOIA request. *See* ECF Nos. 1, 4. On May 8, 2019, Defendants released the non-exempted records responsive to the request. Plaintiff is expected to complete its review of these records soon. Defendants are hopeful that this will allow the parties to confer and resolve this matter and obviate the need for an answer. In light of the current posture of the case, Defendants request an extension to September 19, 2019, to answer or otherwise respond to Plaintiff's Complaint. Defendants have conferred with Plaintiff, which agrees to the extension.

WHEREFORE, Defendants respectfully request that the Court extend the time to answer or otherwise respond to Plaintiff's Complaint to September 19, 2019.  A proposed order is attached.

Dated:  August 2, 2019                    Respectfully Submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR No. 924092 Chief,
Civil Division

By: */s/ Denise M. Clark*
DENISE M. CLARK
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-6605
email:  Denise.Clark@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT AND UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*. | Civil Action No. 19-0865 (CJN) |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion For Extension Of Time To Answer Plaintiff's Complaint, Plaintiff's opposition thereto, and the entire record herein, it is hereby:

**ORDERED** that Defendants' motion is granted and Defendants' answer or response to the complaint is due on September 19, 2019.

_____                                _____
Dated                                                                           CARL J. NICHOLS
                                                                                        United States District Judge